No. 68776.—A. Zerkowitz & Co., Inc. *v.* United States, protests 63/9181, etc. (New York).

Opinion by OLIVER, C.J.  Following Abstract 54925, the protests were dismissed.

No. 68777.—Rapid-Pak, Inc. *v.* United States, protest 63/20160 (Los Angeles).

Opinion by OLIVER, C.J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, SEPTEMBER 21, 1964

No. 68778.—Daiichi Trading Co., Ltd. *v.* United States, protests 293726–K, etc. (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of waterproof cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 68779.—Amity Fabrics, Inc. *v.* United States, protests 62/3438(A), etc. (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

No. 68780.—Novelty Import Co., Inc. *v.* United States, protest 59/33338 (New York).

FORD, Judge:  In this case, the protest of plaintiff is directed against the action of the collector of customs in classifying certain wire poodle dogs as manufactures of rayon or other synthetic textile under the provisions of paragraph 1312 of the Tariff Act of 1930, as modified by the Sixth Protocol of Supplementary Concessions to the General Agreement on Tariffs and Trade, 91 Treas.